EL PUEBLO, DEMANDANTE Y APELADO, *v.* DEL VALLE ET AL., ACUSADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por delito de acometimiento y agresión con circunstancias agravantes.

No. 904.—Resuelto en diciembre 24, 1915.

ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES—HERIDAS GRAVES—HERIDAS SERIAS—DENUNCIA SUFICIENTE.—Ratificando la doctrina establecida en los casos de *El Pueblo* v. *Marini*, 22 D. P. R. 11 y *El Pueblo* v. *Aguilar*, 22 D. P. R. 717, a saber: en el primero que es necesario alegar en la denuncia, y en el segundo que es preciso probar además en el juicio, alguna de las circunstancias agravantes que especifica la ley, para que una persona pueda ser castigada por el delito de acometimiento y agresión grave, en el presente caso *se resolvió:* Que la denuncia imputa un delito de acometimiento y agresión con circunstancias agravantes dentro del inciso 7 de la sección 6ª. de la Ley de 10 de marzo de 1904, pues si bien no emplea la palabra ''grave'' expresada en la ley, usa la palabra ''serias'' para calificar las contusiones inferidas, describiendo éstas como una dislocación del brazo izquierdo, una fractura de una costilla, y una herida en la cabeza, habiéndose comprobado, además, en el acto del juicio, que el agredido recibió en efecto las heridas expresadas en la referida denuncia, producidas por un cuerpo o cuerpos contundentes.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. Tizol y Campillo.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La denuncia en este caso, en lo pertinente, es como sigue:

"Que en febrero 21 de 1915, como a las doce de la noche, y en el barrio de Hato Puerco de Loíza, P. R., del Distrito Judicial Municipal de Río Grande, P. R., que forma parte del Distrito Judicial de San Juan, P. R., los citados Félix, Carmelo y Julio del Valle y Evaristo Sánchez entonces y allí, voluntaria, ilegal, maliciosamente y con la intención criminal de causar grave daño corporal a Elías Ayala, le agredieron con garrotes y sillas, causándole serias contusiones, como la dislocación del brazo izquierdo; fracturación de una costilla del lado izquierdo, y una herida en la cabeza, en el lado izquierdo, de cuyas contusiones tuvo que ser asistido por el facultativo de esta localidad, Sr. Boneta."

En 17 de abril de 1915 se celebró en la corte de distrito la vista de la causa con asistencia de los acusados Félix y Carmelo del Valle. Nada consta en los autos con respecto a lo que pueda haber ocurrido en relación con los otros acusados Julio del Valle y Evaristo Sánchez. Practicadas las pruebas, el juez declaró culpable a los acusados Félix y Carmelo del Valle del delito de acometimiento y agresión grave, y los condenó a pagar una multa de $200 y en defecto de pago un día de cárcel por cada peso dejado de satisfacer.

Los condenados apelaron para ante este Tribunal Supremo, alegando como motivos del recurso, 1°.: que los hechos relatados en la denuncia no son constitutivos del delito de acometimiento y agresión grave, y 2°.: que la prueba fué insuficiente.

Sostienen los recurrentes que en la denuncia no se alegó ninguna de las circunstancias agravantes especificadas en la sección 6 de la ley para castigar el acometimiento, etc., aprobada en marzo 10, 1904, y citan en su apoyo las decisiones de esta Corte Suprema en los casos de *El Pueblo* v. *Marini,* 22 D. P. R. 11, y *El Pueblo* v. *Aguilar,* 22 D. P. R. 717.

Ratificamos la doctrina establecida en dichos casos, a saber: en el primero, que es necesario alegar en la denuncia, y en el segundo, que es preciso probar además en el juicio alguna de las circunstancias agravantes que especifica la ley para que una persona pueda ser castigada por el delito de acometimiento y agresión grave; pero, a nuestro juicio, dichos casos no son aplicables a éste que estamos considerando y resolviendo, en el sentido que pretenden los apelantes.

Es cierto que en la denuncia no se emplea la palabra "grave" expresada por la ley, pero es lo cierto también que se usa la palabra "serias" para calificar las contusiones inferidas, describiéndose éstas como una dislocación del brazo izquierdo: una fractura de una costilla y una herida en la cabeza, habiéndose comprobado además, en el acto del juicio, que el agredido recibió en efecto las heridas expresadas en la denuncia, producidas por un cuerpo o cuerpos contundentes.

Con respecto a la suficiencia de la prueba, sólo diremos que la hemos examinado cuidadosamente y opinamos que es bastante para sostener la sentencia recurrida.

Debe declararse sin lugar el recurso y confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.